RECEIVED
U.S. DISTRICT COURT
DISTRICT OF COLUMBIA

2004 APR -1 PM 6:11

NANCY M. MAYER WHITTINGTON
CLERK

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

REUVEN GILMORE, et al., )
)
    Plaintiffs, ) Civil Action No. 01-853 (GK)
)
v. )
)
PALESTINIAN INTERIM SELF- )
GOVERNMENT AUTHORITY, et al., )
)
    Defendants. )
_____)

## NOTICE OF THE UNITED STATES

The United States has given careful consideration to the Court's Order of March 11, 2004, inviting the United States to submit a statement of interest in this case. At this time, the United States respectfully informs the Court that it declines to participate in this litigation. The United States will, however, monitor closely the subsequent proceedings in the case.

    Respectfully submitted,

    PETER D. KEISLER
    Assistant Attorney General
    Civil Division

    JOSEPH H. HUNT
    Director, Federal Programs Branch

    VINCENT M. GARVEY
    Deputy Director, Federal Programs Branch

    ROSCOE C. HOWARD, JR., DC BAR # 246470
    United States Attorney

    MARK E. NAGLE,, DC BAR # 416364
    Assistant United States Attorney

_____
MARINA UTGOFF BRASWELL, DC BAR # 416580
Assistant United States Attorney

_____ /MUB
RUPA BHATTACHARYYA
Trial Attorney, Federal Programs Branch
Civil Division, U.S. Department of Justice
P.O. Box 883, 20 Massachusetts Ave, NW
Washington, D.C. 20004
Tel: (202) 514-3146; Fax: (202) 616-8202
E-Mail: rupa.bhattacharyya@usdoj.gov

Dated: April 1, 2004