**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

_____
**REUVEN GILMORE**, **et al.**,                )
                                               )
       **Plaintiffs**,            )
                                               )
  **v.**                                       )      **Civil Action No. 01-853 (GK)**
                                               )
**THE PALESTINIAN INTERIM SELF-**     )
**GOVERNMENT AUTHORITY**, **et al.**, )
                                               )
       **Defendants**.            )
_____)

### ORDER

     Plaintiffs are various family members of Esh Kodesh Gilmore, who Plaintiffs allege was killed in a terrorist shooting on October 30, 2000 in Jerusalem, Israel. Defendants are the Palestinian Interim Self-Government Authority ("PA"), the Palestine Liberation Organization ("PLO"), Yasser Arafat, and several other individual Defendants Plaintiffs allege were responsible for planning and carrying out the shooting. Plaintiffs bring suit under the Anti-Terrorism Act of 1991, 18 U.S.C. § 2331, et seq., for international terrorism, and related torts. This matter is before the Court on Defendants' Revised Motion to Dismiss, [**#21**]. Upon consideration of the Motion, Opposition, Reply, Surreply, and the entire record herein, it is hereby

     **ORDERED** that Defendants' Motion is **granted in part and denied in part**; it is further

     **ORDERED** that the individually named Defendants are **dismissed** from this action; it is further

**ORDERED** that Defendants' Motion is **denied** with respect to with respect to subject matter jurisdiction, failure to state a claim, and justiciability; and it is further

**ORDERED** that an Initial Scheduling Conference is set for March 21, 2006 at 10:00 a.m..

March 7, 2006                                         _____/s/_____
                                                      Gladys Kessler
                                                      United States District Judge

**Copies To:** Attorneys of record via ECF