# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

REUVEN GILMORE, et al.,

    Plaintiffs,

                              C.A. 01-00853(GK)

v.

THE PALESTINIAN INTERIM SELF-GOVERNMENT AUTHORITY, et al.,

    Defendants.

## LETTER OF REQUEST
## FOR JUDICIAL ASSISTANCE PURSUANT TO THE HAGUE CONVENTION OF 18 MARCH 1970 ON THE TAKING OF EVIDENCE ABROAD
## IN CIVIL OR COMMERCIAL MATTERS

To:    Legal Assistance to Foreign Countries
        The Director of Courts
        Directorate of Courts
        22 Kanfei Nesharim Street
        Jerusalem, Israel 95464

Dear Sir or Madam:

The United States District Court for the District of Columbia presents its compliments to the Directorate of Courts of the State of Israel and requests assistance, pursuant to the Hague Convention of 18 March 1970 on the Taking of Evidence Abroad in Civil or Commercial Matters (the "Convention"), in obtaining evidence to be used in proceedings before this Court in the above-captioned action.

The above action is a civil claim filed on behalf of the family and the estate of decedent Esh Kodesh Gilmore, against The Palestinian Interim Self-Government Authority and The Palestine Liberation Organization.

1

The complaint alleges that defendants are liable to plaintiffs, under 18 U.S.C. §2331 *et. seq.* and related causes of action, for damages caused by the shooting death of Esh Kodesh Gilmore on October 30, 2000, in the offices of the National Insurance Institute ("Bituach Leumi") in Jerusalem.

The assistance requested of the State of Israel consists of the following:

1) Causing the persons listed below to appear to be deposed by the parties' counsel before a commissioner appointed by this Court for the purpose of administering oaths in this action, with the depositions to be recorded stenographically and audiovisually:

    a) Mahmoud Damara
    ID no. 410076806
    In the custody of the Israeli Prison Service

    b) Mustafa Misalmani
    ID no. 977670405
    In the custody of the Israeli Prison Service

2) Causing a knowledgeable officer or employee of the National Insurance Institute ("Bituach Leumi") to appear to be deposed by the parties' counsel before a commissioner appointed by this Court for the purpose of administering oaths in this action, with the deposition to be recorded stenographically and audiovisually, regarding the following questions:

    a) Were any persons killed in any branch(es), offices or other premises of the National Insurance Institute ("Bituach Leumi") in the period between January 1, 1986 and January 18, 2001, aside from the October 30, 2000 attack in which Esh Kodesh Gilmore was killed?

    b) If the answer to the previous question is positive, what are the details (i.e. date(s), location(s), identity(ies) of the victim(s) and perpetrator(s) and circumstances) of all such killings?

2

Pursuant to Article 10 of the Convention, in executing this Letter of Request the Israeli authorities are respectfully requested to apply the appropriate measures of compulsion in the instances and to the same extent as are provided by Israeli law for the execution of orders issued by Israeli authorities or of requests made by parties in internal proceedings.

This Court respectfully requests the assistance described above as necessary in the interests of justice.

Plaintiffs and/or their counsel, upon whose application this Letter of Request has been issued, shall pay all costs incurred in executing these requests.

This Court expresses its appreciation to the Directorate of Courts of the State of Israel for its courtesy and assistance in this matter and states that it will be ready and willing to assist the courts of Israel in a similar fashion when required.

Dated: August 5, 2010

Gladys Kessler
Senior United States District Judge