UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
**REUVEN GILMORE,** *et al.*,          )
                                                          )
     **Plaintiffs,**                      )
                                                          )
  **v.**                                              )   Civil Action No. 01-853 (GK)
                                                          )
**PALESTINIAN INTERIM SELF-**       )
**GOVERNMENT AUTHORITY,** *et. al.*,)
                                                          )
     **Defendants.**                     )
_____)

### ORDER

The Court has reconsidered its prior decision granting Plaintiffs' Petition for Issuance of a Letter of Request for Judicial Assistance Pursuant to the Hague Convention [Dkt. No. 198]. Upon consideration of all arguments made by the parties, it is hereby

**ORDERED,** that Defendants' Motion for Reconsideration [Dkt. No. 186] is **denied**.[1]

October 8, 2010

                        /s/
                        Gladys Kessler
                        United States District Judge

<u>Copies to</u>: attorneys on record via ECF

---

[1] The parties are reminded that Local Rule 7(c) requires each motion and opposition to be accompanied by a proposed order.