UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **REUVEN GILMORE,** *et al.*, | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | Civil Action No. 01-853 (GK) |
| | : | |
| **PALESTINIAN INTERIM SELF-** | : | |
| **GOVERNMENT AUTHORITY,** *et al.*, | : | |
| | : | |
| Defendants. | : | |

## ORDER

Upon consideration of Plaintiffs' Motion Requesting That Discovery Schedule Be Re-Adjusted, the Opposition, the Reply, and the slew of unnecessary filings, as well as the record in this case, it is this 28th day of March, 2011, hereby

**ORDERED**, that Plaintiffs' Motion is **granted**; and it is further

**ORDERED**, that discovery shall be extended until **July 15, 2011**,[1] in order to allow for the depositions of the witnesses whose depositions were sought in the Court's August 3, 2010 Hague Convention Letter of Request; and it is further

**ORDERED**, that the deadline for expert witness lists shall be extended until **August 15, 2011**; and it is further

**ORDERED**, that the deadline for closing expert discovery is extended until **September 15, 2011**; and it is further

---

[1] The Court assumes that the date of July 15, 2011, will give Defendants ample time to prepare for the depositions.

**ORDERED**, that all discovery shall close **October 15, 2011**.

      /s/
Gladys Kessler
United States District Judge

**Copies via ECF to all counsel of record**