# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **REUVEN GILMORE**, *et al.*, | : | |
| | : | |
| **Plaintiffs,** | : | |
| | : | |
| v. | : | Civil Case No. 01-853 (GK) |
| | : | |
| **PALESTINE INTERIM SELF-** | : | |
| **GOVERNMENT AUTHORITY**, *et al.*, | : | |
| | : | |
| **Defendants.** | : | |

## ORDER

Upon consideration of Plaintiffs' Application for Issuance of a Letter of Request for Judicial Assistance Pursuant to the Hague Convention, Defendants' Opposition, Plaintiffs' Reply, and the very lengthy record in this case, the Court concludes that Plaintiffs have demonstrated the "extraordinary circumstances" which justify issuance of a Letter of Request at this time.

**WHEREFORE**, it is this 5th day of May, 2011, hereby

**ORDERED**, that Plaintiffs' Application for Issuance of a Letter of Request for Judicial Assistance Pursuant to the Hague Convention is **granted**; and it is further

**ORDERED**, that the discovery schedule contained in the Order of March 28, 2011 [Dkt. No. 212] will remain in effect, unless and until extraordinary circumstances require a re-adjustment.[1]

/s/
Gladys Kessler
United States District Judge

---

[1] The Court is well aware of the obstacles, many of which they have no control over, that Plaintiffs face in obtaining admissible evidence in this case. Moreover, it does not appear that Defendants are in any way substantively prejudiced by their efforts, late in the case as they may be, to uncover through discovery every drop of relevant evidence to support their allegations.