UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **REUVEN GILMORE**, *et al.*, | : | |
| | : | |
| **Plaintiffs,** | : | |
| | : | |
| v. | : | Civil Action No. 01-853 (GK) |
| | : | |
| **PALESTINIAN INTERIM SELF-GOVERNMENT AUTHORITY**, *et al.*, | : | |
| | : | |
| **Defendants.** | : | |

## ORDER

Upon consideration of Defendants' Motion for the Appointment of Counsel for Mahmoud Damara and Mustafa Misalmani, the Court concludes that the Motion should be **denied** for the following reasons.

1.  The Court is extremely doubtful that it has any authority to appoint counsel in a civil case for non-citizens of the United States where those non-citizens are being deposed in Israel.

2.  While those non-citizens, Damara and Misalmani, are Palestinians, who have been convicted of terrorist crimes under Israeli law and are incarcerated in Israel, the Court sees no necessity or justification for appointing counsel to represent them. This case is a civil, not a criminal, case. There is not a shred of evidence to suggest that the United States is seeking to extradite either of these two people in order to prosecute them for the murder of Reuven Gilmore.

3.  Having consulted with the Office of Federal Defender here in Washington, D.C., the Court can discover <u>no</u> case in which counsel has been appointed that is factually similar to this case or where the persons being deposed have as tenuous a connection with the United States as in this case.

4.      While this is certainly not a dispositive reason, the fact is that any such appointment would cost a substantial amount of money which, of course, would come out of the pockets of the American taxpayers.

In sum, there is no justification for appointing counsel, there is no precedent for appointing counsel in this factual situation, it is very questionable whether the Court has authority to make such an appointment, and it would cost American taxpayers money in a situation where no Constitutional rights of an individual involved in a pending or prospective criminal case in the United States are in issue.

**WHEREFORE**, it is this 17th day of June, 2011, hereby

**ORDERED**, that Defendant's Motion for the Appointment of Counsel for Mahmoud Damara and Mustafa Misalmani is **denied**.

/s/
Gladys Kessler
United States District Judge

**Copies via ECF to all counsel of record**