```
1                IN THE UNITED STATES DISTRICT COURT
2                   FOR THE DISTRICT OF COLUMBIA
3
4   SHABTAI SCOTT SHATSKY, et al.,     )
                                       )
5              Plaintiffs,             )
                                       )
6   v.                                 ) Civil Action No.
                                       ) 1:02-CV-02280 (RJL)
7   THE SYRIAN ARAB REPUBLIC, et al.,  )
                                       )
8              Defendants.             )
    _____)
9
10
11
12
13                  VIDEOTAPED DEPOSITION OF
14                      IBRAHIM DAHBOUR
15                    JERUSALEM, ISRAEL
16                   SEPTEMBER 12, 2012
17
18
19
20
21
22
23
24
25  REPORTED BY:  AMY R. KATZ, RPR
```

```
 1          Videotaped deposition of IBRAHIM DAHBOUR,
 2   taken in the above-entitled cause pending in the
 3   United States District Court for the District of
 4   Columbia, pursuant to notice, before AMY R. KATZ, RPR,
 5   at the American Colony Hotel, Pasha Room, Jerusalem,
 6   Israel, on Wednesday, the 12th day of September, 2012,
 7   at 9:29 a.m.
 8
 9
10   APPEARANCES:
11   FOR PLAINTIFFS:
12          LAW OFFICES OF DAVID I. SCHOEN
            By:  DAVID I. SCHOEN, ESQ.
13          2800 Zelda Road
            Suite 100-6
14          Montgomery, Alabama 36106-3700
            (334) 395-6611 / Fax (917) 591-7586
15          dschoen593@aol.com
16
17   FOR DEFENDANTS:
18          MILLER & CHEVALIER CHARTERED
            By:  RICHARD A. HIBEY, ESQ.
19               TIMOTHY O'TOOLE, ESQ.
            655 Fifteenth Street, NW
20          Suite 900
            Washington, DC 20005-5701
21          (202) 626-5800 / Fax (202) 626-5801
            rhibey@milchev.com
22          totoole@milchev.com
23
24
25
```

10:14:59  1    A.   The information that was provided, or is it
10:15:01  2  the information which is within the archives?
10:15:05  3    Q.   Oh.  Do you believe that the files you took
10:15:07  4  from the archives and gave to the lawyers are the
10:15:16  5  complete files that were created by the GIS regarding
10:15:22  6  those two people?
10:15:27  7    A.   Correct.
10:15:30  8    Q.   By the way, are files kept there based on the
10:15:34  9  person's name or a particular event, like some suicide
10:15:46 10  bombing, or both?
10:15:58 11    A.   We keep them by name.  That's how we file
10:16:02 12  them.  Even if there are things published in the papers
10:16:11 13  or other events that occur, we -- we incorporate them
10:16:16 14  in this file, which is set up by name.
10:16:19 15    Q.   The file should reflect every relevant fact
10:16:23 16  or event that you know about for that person?
10:16:37 17    A.   The events that we come to know about.
10:16:42 18    Q.   Yes.  From whatever source?
10:16:42 19    A.   From a source.
10:16:43 20    Q.   From any source?
10:16:46 21    A.   Regardless of the source.
10:16:48 22    Q.   Are there files kept on computer also?
10:16:56 23    A.   Correct.  We -- we feed -- there are dossiers
10:17:01 24  that we feed into the computer.
10:17:05 25    Q.   Do you know whether any information about

SEPTEMBER 12, 2012 - IBRAHIM DAHBOUR

| | | |
|---|---|---|
| 12:12:42 | 1 | of Sadiq Hafez and Ra'ed Nazzal, there are notes that |
| 12:12:50 | 2 | are -- that there is a charge sheet that concerns this |
| 12:12:56 | 3 | particular case.  And it is written in which dossier |
| 12:13:04 | 4 | it is existing. |
| 12:13:05 | 5 |         Q.    Which particular case is he referring to? |
| 12:13:13 | 6 |         A.    That I'm talking about? |
| 12:13:16 | 7 |         Q.    Yes. |
| 12:13:17 | 8 |         A.    The case of Sadiq and Ra'ed Nazzal. |
| 12:13:22 | 9 |         Q.    So in the records of the GIS, there is a file |
| 12:13:29 | 10 | that relates to the case of Sadiq Hafez and Shaher -- |
| 12:13:36 | 11 | and Ra'ed Nazzal? |
| 12:13:43 | 12 |         A.    Of course, there is a file. |
| 12:13:45 | 13 |         Q.    And when you say "the case," you mean the |
| 12:13:47 | 14 | suicide bombing in Karnei Shomron? |
| 12:13:54 | 15 |         A.    Yes. |
| 12:13:55 | 16 |         Q.    In February 2002? |
| 12:13:58 | 17 |         A.    Yes. |
| 12:14:00 | 18 |         Q.    So I asked you earlier if files were |
| 12:14:07 | 19 | maintained only by the person's name or a number for |
| 12:14:11 | 20 | that person. |
| 12:14:14 | 21 |               But is there also a file on this Karnei |
| 12:14:21 | 22 | Shomron suicide bombing itself? |
| 12:14:34 | 23 |         A.    No, no.  The information, it is written in |
| 12:14:38 | 24 | the dossiers of specific individuals.  This is why |
| 12:14:43 | 25 | there is a serial number that -- where the information |

```
12:14:47   1   is in each dossier.
12:14:50   2        Q.   So what you did was:  You knew that Sadiq
12:14:53   3   Hafez was involved in that suicide bombing, he was
12:15:04   4   the bomber; right?
12:15:12   5        A.   He didn't blow himself up.  He threw a bomb,
12:15:16   6   and he used weapons.  He did not make a suicidal
12:15:21   7   operation.
12:15:25   8        Q.   Where did you get that information from?
12:15:29   9        A.   It is in the dossier.
12:15:33  10        Q.   You don't believe that Sadiq Hafez was a
12:15:38  11   suicide bomber?
12:15:45  12        A.   I know that he participated in this operation.
12:15:49  13   I don't know exactly in which form the operation was
12:15:53  14   conducted.  The information I have is that he threw a
12:16:00  15   bomb and he used arms.
12:16:03  16        Q.   Is it possible that he threw a grenade first
12:16:13  17   and then blew himself up in a suicide bombing?
12:16:21  18        A.   I don't know.
12:16:27  19        Q.   Okay.  So you knew that, in some way, Sadiq
12:16:30  20   Hafez was involved in this suicide bombing in Karnei
12:16:36  21   Shomron?
12:16:37  22        A.   Before the operation?
12:16:39  23        Q.   No.  When you're looking now for documents
12:16:42  24   that are relevant to these proceedings.
12:16:45  25        A.   Yes.
```

SEPTEMBER 12, 2012 - IBRAHIM DAHBOUR