UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| REUVEN GILMORE, et al. | : |  |
|---|---|---|
| Plaintiffs, | : | |
| | : | Civil Action No. 1-853 (GK) |
| v. | : | |
| | : | |
| PALESTINIAN INTERIM SELF-GOVERNMENT AUTHORITY, et al., | : | |
| | : | |
| Defendants. | : | |

## ORDER

Plaintiffs are family members and the estate of Esh Kodesh Gilmore, a United States national killed in a shooting on October 30, 2000, in East Jerusalem. They bring this case against Defendants, the Palestinian Interim Self-Government Authority ("PA") and the Palestine Liberation Organization ("PLO") (collectively, "Defendants") pursuant to the Anti-Terrorism Act of 1991 ("ATA"), 18 U.S.C. § 2331, et seq., and related common law theories.

This matter is before the Court on Defendants' Motion for Judgment on the Pleadings for Lack of Personal Jurisdiction [Dkt. No. 359]. Upon consideration of the Motion, Opposition [Dkt No. 371], and Reply [Dkt. No. 374], and the entire record

herein, and for the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED**, that Defendants' Motion for Judgment on the Pleadings is **denied**.

June 23, 2014

/s/ Gladys Kessler
Gladys Kessler
United States District Judge

**Copies to:** attorneys on record via ECF