IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| REUVEN GILMORE, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 01-cv-0853-GK |
| ) | |
| PALESTINIAN INTERIM SELF- ) | |
| GOVERNMENT AUTHORITY, *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |

### [PROPOSED] ORDER

This matter is before the Court on Defendants' Motion for Release of Bond Pursuant to Fed. R. Civ. P. 60(b)(5). Upon consideration of the papers submitted in connection with the Motion, and the record herein, the Motion is hereby GRANTED. The Court directs the Finance Office to promptly release the $1 million bond that Defendants deposited to the Court's registry in three separate deposits between January 29 and February 1, 2010, plus accrued interest.

SO ORDERED this 30th day of December, 2016.

*Gladys Kessler*
Hon. Gladys Kessler
United States District Judge